UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TOWN OF HOMER, INC., ET AL. | CIVIL ACTION NO. 05-1670 |
| versus | JUDGE HICKS |
| UNITED HEALTHCARE OF LOUISIANA | MAGISTRATE JUDGE HORNSBY |

## **J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that United's Motion to Dismiss Proceedings and Compel Arbitration [Doc. No. 9] is **DENIED** and the Motion to Remand [Doc. No. 12] filed by the Town of Homer is **GRANTED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 2nd day of March, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE